UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHERYL N. McPHERSON AND JACKIE E. McPHERSON, wife and husband,<br><br>    Plaintiffs,<br><br>    v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | NO. 1:15-cv-03096-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court is the parties' Stipulated Motion for Remand. ECF No. 10. Defendant removed this action from the Superior Court of Washington of Yakima County on May 18, 2015. Defendant asserted, at that time, that this Court had jurisdiction under 28 U.S.C. § 1332. The parties now, however, stipulate Plaintiff's claimed damages do not exceed $75,000, the threshold for jurisdiction under § 1332, and ask for this action to be remanded back to Superior Court. The Court finds good cause to grant the motion and remands the case.

//
//
//
//

**ORDER GRANTING STIPULATED MOTION FOR REMAND    ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The Stipulated Motion for Remand, ECF No. 10, is **GRANTED**.
2. The above-captioned matter is **remanded** to the Yakima County Superior Court.
3. This case is **dismissed**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close the file.**

**DATED** this 2nd day of September 2015.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND   ~ 2**